UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| CAROL WOOD | ) | |
| | ) | |
| v. | ) | NO. 3:09-0055 |
| | ) | JUDGE ECHOLS |
| DOLGENCORP, INC., ET AL. | ) | |

### O R D E R

I hereby recuse myself in this action. The file shall be returned to the Clerk for reassignment to another judge.

IT IS SO ORDERED.

_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE